# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY WAYNE BAKER, | : | CIVIL NO. 3:15-CV-1675 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, PA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 6th day of October 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with this Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 2) for leave to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c)

4. The Clerk of Court is directed to CLOSE this case.

                                        **BY THE COURT:**

                                        **s/James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**